262 So.2d 382

**STATE of Louisiana**

v.

**Joseph L. CHASE.**

No. 52306.

May 18, 1972.

Emmett E. Batson, Nathan S. Fisher, for defendant-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Sargent Pitcher, Jr., Dist. Atty., Ralph L. Roy, Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

The defendant, Joseph L. Chase, was tried by a jury and convicted of the crime of simple burglary, La.R.S. 14:62. He was sentenced to serve three years at hard labor in the State Penitentiary. No bills of exceptions were perfected by the defendant. We are therefore limited on appeal to a review of the pleadings and proceedings for discoverable error. La.C.Cr. P. art. 920; State v. Ash, 257 La. 337, 242 So.2d 535 (1971). We find none.

The conviction and sentence are affirmed.